**W. T. Smith & Son, Inc.,** appellant, **v. John Conniff,** appellee. Gen. No. 32,220.

Opinion filed February 27, 1928.
Baldridge, Monson & Nutt, for appellant. No appearance for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

**The Fish Net & Twine Company,** appellee, **v. Harry Dissen and B. Dissen,** trading as Southwestern Smoked Fish Company, appellants. Gen. No. 32,238.

Opinion filed February 27, 1928.
A. N. Lustig, for appellants; Harry G. Hershenson, of counsel. Goldman, Allshouse & Healy, for appellee; Robert G. Dreffein, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

**John J. McGrath,** appellee, **v. Benjamin Dempsey,** appellant. Gen. No. 32,253.

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.
Eugene C. O'Reilly, for appellant; Elmer J. Tone, of counsel. Mannion, Mannion & Mannion, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

**Van Schaack Brothers Chemical Works, Inc.,** appellant, **v. J. B. Ehrich,** appellee. Gen. No. 32,271.

Opinion filed February 27, 1928.
Beckman, Olson & Hough, for appellant. Teller, Levit, Silvertrust & Levi, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.